# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GOLD STANDARD BAKING, LLC | ) ) ) | Case No. 22-10559 (JKS) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**NOTICE OF HEARING ON FIRST DAY MOTIONS AND RELATED MATTERS**

**PLEASE TAKE NOTICE** that a hearing to consider the First Day Matters (the "First Day Hearing") will be held on **June 23, 2022, at 3:00 p.m. (prevailing Eastern Time)**, before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** THAT THE FIRST DAY HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND ANY PARTY WISHING TO PARTICIPATE IN THE FIRST DAY HEARING MUST REGISTER IN ADVANCE TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM. COURTCALL WILL NOT BE USED TO DIAL IN.

PARTIES WHO WISH TO APPEAR MUST REGISTER NO LATER THAN JUNE 23, 2022 AT 1:00 P.M. PARTIES SHOULD USE THE FOLLOWING LINK TO REGISTER FOR THE FIRST DAY HEARING:

https://debuscourts.zoomgov.com/meeting/register/vJIscempqDgsGLEvREpG8gU5u_xMZF-dcfE

REGISTERED PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE FIRST DAY HEARING.

**PLEASE TAKE NOTICE** that on June 22, 2022 (the (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First Day Matters"):

### First Day Declaration

1. **First Day Declaration.** Declaration of John T. Young, Jr., Chief Restructuring Officer of Gold Standard Banking, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 4] (Filed 6/22/2022)

**First Day Matters**

2. **Joint Administration Motion.** Debtors' Motion Seeking Entry of an Order (I) Directing Joint Administration of their Related Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3] (Filed 6/22/2022)

3. **Cash Management Motion.** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 5] (Filed 6/22/2022)

4. **Wages Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, Reimbursable Employee Expenses, and Non-Insider Severance Obligations and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 6] (Filed 6/22/2022)

5. **Lien Claimant Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Lien Claimants and (II) Granting Related Relief [Docket No. 7] (Filed 6/22/2022)

6. **Utilities Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (VI) Granting Related Relief [Docket No. 8] (Filed 6/22/2022)

7. **Claims Agent 156 Retention.** Debtors' Application for Entry of an Order Appointing Omni Agent Solutions as Claims and Noticing Agent, Effective as of the Petition Date [Docket No. 9] (Filed 6/22/2022)

8. **Vendors Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of 503(b)(9) Claimants and Critical Vendors and Granting Related Relief [Docket No. 10] (Filed 6/22/2022)

9. **Insurance Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, Modify, Purchase or Replace Insurance Coverage, (C) Continue to Pay Workers' Compensation Coverage Premiums, and (D) Honor the Terms of the Financing Agreement and Pay Premiums Thereunder and (II) Granting Related Relief [Docket No. 11] (Filed 6/22/2022)

10. **Taxes Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 12] (Filed 6/22/2022)

11. **Creditor Matrix Motion.** Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (C) Redact Certain Personal Identification Information, and (II) Granting Related Relief [Docket No. 13] (Filed 6/22/2022)

12. **Customer Programs Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 14] (Filed 6/22/2022)

13. **DIP/Cash Collateral Motion.** Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to §364 of the Bankruptcy Code; (II) Authorizing Use of Cash Collateral Pursuant to §363 of the Bankruptcy Code; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection to the Prepetition Secured Party and DIP Facility Lender; and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) [Docket No. 15] (Filed 6/22/2022)

    **Related Document:**

        A.    Declaration of Ryan Sandahl in Support of Cash Collateral and DIP Motion [Docket No. 16] (Filed 6/22/2022)

14. **Motion to Shorten Bidding Procedures Motion.** Debtors' Motion for Entry of an Order Shortening the Notice Period and Scheduling Hearing with Respect to the Bid Procedures Relief Sought in the Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 19] (Filed 6/22/2022)

    **Related Documents:**

        A.    Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving

       Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17] (Filed 6/17/2022)

B.    Declaration of Ryan Sandahl in Support of Bid Procedures and Sale Motion [Docket No. 18] (Filed 6/22/2022)

**PLEASE TAKE FURTHER NOTICE** that a copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed noticing and claims agent, Omni Agent Solutions ("Omni"), at https://omniagentsolutions.com/GoldStandard. Further information may be obtained by calling Omni at: (866) 989-6144 (toll-free; US & Canada) or (818) 574-6886 (International) or emailing at GoldStandardinquiries@omniagnt.com.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Matters may be made at the First Day Hearing.

Dated: June 22, 2022  
Wilmington, Delaware

*/s/ Domenic E. Pacitti*  
Domenic E. Pacitti (DE Bar No. 3989)  
Michael W. Yurkewicz (DE Bar No. 4165)  
Sally E. Veghte (DE Bar No. 4762)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 N. Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Facsimile: (302) 426-9193  
Email: dpacitti@klehr.com  
      myurkewicz@klehr.com  
      sveghte@klehr.com  
-and-  
Morton R. Branzburg (*pro hac vice* admission pending)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
1835 Market Street, Suite 1400  
Philadelphia, Pennsylvania 19103  
Telephone: (215) 569-3007  
Facsimile: (215) 568-6603  
Email: mbranzburg@klehr.com  
*Proposed Counsel for the Debtors and Debtors in Possession*