## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GOLD STANDARD BAKING, LLC, *et al.*,[1] | Case No. 22-10559 (JKS) |
| Debtors. | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 22, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Agenda for Hearing on First Day Motions Scheduled for June 23, 2022 at 3:00 P.M. (Prevailing Eastern Time) [Docket No. 21]**

- **Notice of Hearing on First Day Motions and Related Matters [Docket No. 22]**

Dated: June 22, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                              } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 22ʳᵈ day of June , 20 22 by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gold Standard Baking, LLC (8756); Gold Standard Holdings, Inc. (0787); and Gold Standard Real Estate, LLC (6528). The location of the Debtors' service address is 3700 S. Kedzie Avenue, Chicago, Illinois 60632.

# <u>EXHIBIT A</u>

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Counsel to 37BH | 37 Baking Holdings, LLC | c/o Bernstein Shur<br>Attn: Robert Keach, Lindsay Zahradka Milne,<br>Adam Prescott<br>100 Middle St<br>P.O. Box 9729<br>Portland, ME 04104 | | rkeach@bernsteinshur.com<br>lmilne@bernsteinshur.com<br>aprescott@bernsteinshur.com | Email<br>Overnight Mail |
| Counsel to 37BH | 37 Baking Holdings, LLC | c/o Cozen O'Connor<br>Attn: Thomas Horan<br>1201 N Market St, Ste 1001<br>Wilmington, DE 19801 | | thoran@cozen.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | AB Mauri Foods Inc | Attn: Nicole McBride<br>4776 Collections Ctr Dr<br>Chicago, IL 60693 | | Nicole.McBride@abmauri.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | ADM Milling Co | Attn: Tyler Beals<br>P.O. Box 92572<br>Chicago, IL 60675-2572 | | Tyler.Beals@adm.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Ardent Mills, LLC | Attn: Jon Welch<br>33250 Collections Ctr Dr<br>Chicago, IL 60693-0332 | | Jon.Welch@ardentmills.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Armstrong Transport Group | Attn: Justin Brown<br>P.O. Box 735227<br>Dallas, TX 75373-5227 | | jbrown@armstrongtransport.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Audax Group | Attn: Rahman Vahabzadeh<br>320 Park Ave, 19th Fl<br>New York, NY 10022 | | rvahabzadeh@audaxgroup.com | Email<br>Overnight Mail |
| Senior Subordinated Notes | Audax Management Co (NY), LLC | Attn: Rahman Vahabzadeh<br>280 Park Ave, 20th Fl<br>New York, NY 10017 | | | Overnight Mail |
| Senior Subordinated Notes | Audax Management Co LLC | Attn: General Counsel<br>101 Huntington Ave<br>Boston, MA 02199 | | | Overnight Mail |
| 30 Largest Unsecured Creditors | Batory Foods | Attn: Mary Giovanni<br>10255 W Higgins Rd, Ste 500<br>Des Plaines, IL 60018 | | mgiovanni@batoryfoods.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Berkshire Refrigerated Warehousing | Attn: Lisa Rodriguez<br>P.O. Box 09284<br>Chicago, IL 60609 | | lisar@brwllc.com | Email<br>Overnight Mail |
| NOA - Counsel for 37 Baking Holdings, LLC | Bernstein, Shur, Sawyer, & Nelson, P.A. | Attn: Robert J. Keach<br>Attn: Lindsay Z. Milne<br>Attn: Adam R. Prescott<br>Attn: Letson D. Boots<br>100 Middle St<br>Portland, ME 04104 | 207-774-1127 | rkeach@bernsteinshur.com<br>lmilne@bernsteinshur.com<br>aprescott@bernsteinshur.com<br>lboots@bernsteinshur.com | Email |
| 30 Largest Unsecured Creditors | Bianchi Milling | Attn: Mike Bianchi<br>2820 Glavin Dr<br>Elgin, IL 60124 | | mike@bianchimilling.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Bunge North America | Attn: Astrid Cojulun<br>2612 Solution Center<br>Chicago, IL 60677 | | astrid.cojulun@bunge.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Cain Food Industries | Attn: Alexis Ramirez<br>P.O. Box 35066<br>Dallas, TX 75235 | | a.ramirez@cainfood.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | CALco Pallets | Attn: Sarah Diedrich<br>P.O. Box 1922<br>Woodstock, IL 60098 | | Sarah@usacalco.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Central National-Gottesman Inc | Attn: Mark Schley<br>Lindenmeyer Munroe<br>P.O. Box 99922<br>Chicago, IL 60696-7722 | | mschley@lindenmeyr.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Charter Next Generation, Inc | Attn: Kolleen Oswskey<br>P.O. Box 9183427<br>Chicago, IL 60691-3427 | | Kolleen.Oswskey@cnginc.com | Email<br>Overnight Mail |
| NOA - Counsel for 37 Baking Holdings, LLC | Cozen O'Connor | Attn: Thomas M. Horan<br>Attn: Gregory F. Fischer<br>1201 N. Market St, Suite 1001<br>Wilmington, DE 19801 | | thoran@cozen.com<br>gfischer@cozen.com | Email |
| 30 Largest Unsecured Creditors | Darigold Inc | Attn: Dinh Ho<br>P.O. Box 95500<br>Chicago, IL 60694-5500 | | Dinh.Ho@darigold.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Elite Staffing, Inc | Attn: Carolina Heredia<br>P.O. Box 5450<br>Carol Stream, IL 60197-5450 | | cheredia@elitestaffinginc.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Handi-foil of America | Attn: Geni Guo<br>24628 Network Pl<br>Chicago, IL 60673 | | gguo@handi-foil.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Indiana Sugars, Inc | Attn: Lisa Macaluso<br>5918 Collections Ctr Dr<br>Chicago, IL 60693 | | lisam@buysugars.com | Email<br>Overnight Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First-Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | | Overnight Mail |
| Noteholder | John Hancock Financial Services | Attn: Investment Law, C-3<br>Attn: Bond & Corporate Finance, C-2<br>197 Clarendon St<br>Boston, MA 02116 | | | Overnight Mail |
| 30 Largest Unsecured Creditors | Metraco Transportation | Attn: Courtney Hipp<br>211 Woodlawn Ave<br>Norwalk, OH 44857 | | Courtney.hipp@nhbco.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Midland Packaging & Display | Attn: Cindy Borland<br>P.O. Box 266<br>Franksville, WI 53126 | | cborland@gbp.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | More Pallets LLC | 7724 S Claremont Ave<br>Chicago, IL 60629 | | morepalletsllc@gmail.com | Email<br>Overnight Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Core Parties | Office Of The Attorney General | 100 W Randolph St<br>Chicago, IL 60601 | | | Overnight Mail |
| Core Parties | Office Of The Attorney General | Delaware Dept of Justice<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | | Overnight Mail |
| Core Parties | Office Of The Attorney General | Wisconsin Dept of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | | Overnight Mail |
| 30 Largest Unsecured Creditors | Pamco Label Co, Inc | Attn: Rob Campagnolo<br>P.O. Box 1000<br>Dept 5<br>Memphis, TN 38148 | | Rob.Campagnolo@resourcelabel.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Panoramic, Inc | Attn: Mary Webster<br>1500 N Parker Dr<br>Janesville, WI 53545 | | Mary.Webster@panoramicinc.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Parallel49 Equity (Fund V), LP | Attn: Gold Standard Account Manager<br>225 E Deerpath Rd, Ste 200<br>Lake Forest, IL 60045 | | jdries@p49equity.com | Email<br>Overnight Mail |
| (f) Parallel49 Equity (Fund V), Limited Partnership, in their capacity as indirect majority equity holders of Debtor Gold Standard Holdings, Inc.; | Parallel49 Equity (Fund V), LP | 225 E Deerpath Rd, Ste 200 AT<br>Lake Forest, IL 60045 | | jdries@p49equity.com | Email<br>Overnight Mail |
| Administrative agent under the Debtors' second lien term loan facility and counsel | Parallel49 Equity (Fund V), LP | Parallel49 Equity (Fund V), LP<br>225 E Deerpath Rd, Ste 200 AT<br>Lake Forest, IL 60045 | | | Overnight Mail |
| 30 Largest Unsecured Creditors | Pratt Industries Inc | Attn: Teenia Gast<br>P.O. Box 933949<br>Atlanta, GA 31193-3949 | | tgast@prattindustries.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Puratos Corp | Attn: Doug Hooks<br>Lockbox 9572<br>P.O. Box 8500<br>Philadelphia, PA 19178-9572 | | dhooks@puratos.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Specialty Nut & Bakery Supply Inc | Attn: Pasquale Schittino<br>1417 Jeffrey Dr<br>Addison, IL 60101 | | orders@pspecialty.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Stephan Zouras | Attn: Ryan Stephan, Haley Jenkins<br>100 N Riverside Plz, Ste 2150<br>Chicago, IL 60606 | | rstephan@stephanzouras.com<br>hjenkins@stephanzouras.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Stratas Foods LLC | Attn: Mike Hughes<br>P.O. Box 11407<br>Birmingham, AL 35246-2477 | | mike.hughes@stratasfoods.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | Sweet Ovations, LLC | Attn: Holly Riddick<br>75 Remittance Dr, Ste 6026<br>Chicago, IL 60675-6026 | | Holly.Riddick@Zentis.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Creditors | The Civil Rights Group, LLC | Attn: Thomas R Kayes<br>2045 W Grand Ave, Ste B<br>PMB 62448<br>Chicago, IL 60612 | | tom@civilrightsgroup.com | Email<br>Overnight Mail |
| Mezzanine noteholder | Tricor Pacific Capital, Inc | Attn: GSB Account Manager<br>1 Westminster Pl, Ste 100<br>Lake Forest, IL 60045 | | | Overnight Mail |
| US Trustee | United States Trustee | 844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | | | Overnight Mail |
| US Attorney | US Attorney's Office | District of Delaware<br>Hercules Bldg<br>1313 N Market St<br>Wilmington, DE 19801 | | | Overnight Mail |
| US Attorney | US Attorney's Office | Northern District of IL, Eastern Div<br>219 S Dearborn St, 5th Fl<br>Chicago, IL 60604 | | | Overnight Mail |
| Mezzanine Noteholder | Winston & Strawn LLP | Attn: James A Snyder<br>35 W Wacker Dr<br>Chicago, IL 60601 | | | Overnight Mail |

## **EXHIBIT B**

**Exhibit B**
Service List

| Description | Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Lenders | 1199SEIU Health Care Employees Pension Fund | P.O. Box 1144 | New York, NY 10108-1144 | | | Overnight Mail |
| Lenders | AEA Middle Market Debt Funding, LLC | 520 Madison Ave, 40th Fl | New York, NY 10022 | | | Overnight Mail |
| Lenders | AEA Middle Market Debt II Funding, LLC | 666 5th Ave, 36th Fl | New York, NY 10103 | | | Overnight Mail |
| Lenders | Alliance Partners, LLC | fbo BancAlliance, Inc | 4645 Willard Ave | Chevy Chase, MD 20815 | | Overnight Mail |
| Lenders | AP Commercial LLC | fbo BancAlliance, Inc | 4645 Willard Ave, Ste 1100 | Chevy Chase, MD 20815 | | Overnight Mail |
| Lenders | Audax Credit Opportunities Offshore Ltd | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Credit Strategies (SCS) SPV, LLC | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Senior Loan Fund (Offshore), LP | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Senior Loan Fund I (Offshore), LP | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Senior Loan Fund III (Offshore) SPV, Ltd | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Senior Loan Fund III (Offshore), LP | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Senior Loan Fund III, LP | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Senior Loan Fund SPV, LLC | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Senior Loan Insurance Fund Series Interests of the Sali Multi-series Fund, LP | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Lenders | Audax Senior Loan Insurance Fund SPV, LLC | Attn: Michael P McGonigle | c/o Audax Management Company (NY), LLC | 101 Huntington Ave | Boston, MA 02199 | Overnight Mail |
| Utility Provider | BCN Telecom, Inc | PO Box 842840 | Boston, MA 02284-2840 | | | Overnight Mail |
| Insurance Carrier | Beazley Insurance Company, Inc. | 30 Batterson Park Rd | Farmington, CT 06032 | | | Overnight Mail |
| First Lien Counsel | Bernstein Shur | 670 N Commercial St, Ste 108 | Manchester, NH 03101 | | | Overnight Mail |
| Professionals | Bernstein Shur | 670 N Commercial St, Ste 108 | Manchester, NH 03101 | | | Overnight Mail |
| Intercreditor Agreement | BNP Paribas | Attn: Cambyse Parsi | 787 Seventh Ave, 28 Fl | New York, NY 10019 | | Overnight Mail |
| Intercreditor Agreement | BNP Paribas | Attn: Michael Colias | 155 N Wacker Dr, Ste 4450 | Chicago, IL 60606 | | Overnight Mail |
| Lienholders | BNP Paribas | 787 7th Ave, 28th Fl | New York, NY 10019 | | | Overnight Mail |
| Intercreditor Agreement | BNP Paribas | c/o Latham & Watkins, LLP | Attn: Greg Robins | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071 | Overnight Mail |
| Lenders | Business Development Corp of America | 405 Park Ave, 15th Fl | New York, NY 10022 | | | Overnight Mail |
| Lenders | COL Levered Investment General Partner, Ltd. | fbo Crescent Direct Lending Levered Investment, LP | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | Overnight Mail |
| Insurance Carrier | CFC Underwriting Limited | 85 Gracechurch St | London EC3V 0AA United Kingdom | | | Overnight Mail |
| Insurance Carrier | Chubb | 1133 Avenue of the Americas | New York, NY 10036 | | | Overnight Mail |
| Utility Provider | City of Chicago | Department of Finance-Utility Billing | PO Box 6330 | Chicago, IL 60680-6330 | | Overnight Mail |
| Lenders | Congressional Bank | Attn: James H Peterson | 4645 Willard Ave, Ste 1100 | Chevy Chase, MD 20815 | cambyse.parsi@us.bnpparibas.com | Email Overnight Mail |
| Utility Provider | Constellation NewEnergy - Gas Division, LLC | P.O. Box 5473 | Carol Stream, IL 60197-5473 | | michael.colias@us.bnpparibas.com | Email |
| Utility Provider | Constellation NewEnergy, Inc. | P.O. Box 4640 | Carol Stream, IL 60197-4640 | | sgood@kirkland.com | Email Overnight Mail |
| Taxing Authorities | Cook County Revenue Dept | 118 N Clark St, Ste 1160 | Chicago, IL 60602 | | | Overnight Mail |
| Insurance Carrier | CorePointe Insurance Company | 401 S Old Woodward Ave | Ste 300 | Birmingham, MI 48009 | | Overnight Mail |
| Lenders | Crescent (TX) Direct Lending Investment, LLC | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | | Overnight Mail |
| Lenders | Crescent (TX) Direct Lending, LLC | fbo Crescent (TX) Direct Lending Investment, LLC | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | Overnight Mail |
| Lenders | Crescent Capital Group, LP | fbo 1199SEIU Health Care Employees Pension Fund | c/o Wayne Hosang, GU Tollincht | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | Overnight Mail |
| Lenders | Crescent Capital Group, LP | fbo Crescent (TX) Direct Lending Investment, LLC | Attn: Michael L Rogers, Gia Heimlich | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | Overnight Mail |
| Lenders | Crescent Capital Group, LP | fbo Crescent Capital High-Income Fund II, LP | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | Overnight Mail |
| Lenders | Crescent Capital Group, LP | fbo Crescent Capital High-Income Fund, LP | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | Overnight Mail |
| Lenders | Crescent Capital Group, LP | fbo National Electrical Benefit Fund | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | Overnight Mail |
| Lenders | Crescent Capital High Income Fund II, LP | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | | Overnight Mail |
| Lenders | Crescent Capital High Income Fund, LP | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | | Overnight Mail |
| Lenders | Crescent Direct Lending Fund, LP | Attn: Michael L Rogers, Gia Heimlich | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | Overnight Mail |
| Lenders | Crescent Direct Lending Levered Investment, LP | Attn: Dwight Dube | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | Overnight Mail |
| Lenders | Crescent Direct Lending, LLC | fbo Crescent Direct Lending Fund, LP | 1 Post Office Sq, 36th Fl | Boston, MA 02109 | | Overnight Mail |
| Lenders | Crestline Denali Capital LP | fbo Denali Capital CLO X, Ltd | 2001 Spring Rd, Ste 220 | Oak Brook, IL 60523-3918 | | Overnight Mail |
| Lenders | DC Funding Partners, LLC | fbo Denali Capital CLO X, Ltd | 2001 Spring Rd, Ste 220 | Oak Brook, IL 60523-3918 | | Overnight Mail |
| Insurance Carrier | Federal Insurance Company | 15 Mountainview Rd | Warren, NJ 07059 | | | Overnight Mail |
| Lenders | First Eagle Logan 1V SPV I, LLC | c/o First Eagle Alternative Capital BDC, Inc | 500 Boylston St, Ste 1200 | Boston, MA 02116 | | Overnight Mail |
| Lenders | Great Lakes KCAP F3C Senior, LLC | c/o Portman Ridge Finance Corp | 650 Madison Ave, 23rd Fl | New York, NY 10022 | | Overnight Mail |
| Insurance Carrier | Great Northern Insurance Company | 5632 S Pulaski Rd | Chicago, IL 60629 | | | Overnight Mail |
| Utility Provider | HCK Group | 450 Skokie Blvd | Ste 401 | Northbrook, IL 60062 | | Overnight Mail |
| Insurance Carrier | Houston Casualty Company | 13403 NW Freeway | Houston, TX 77040 | | | Overnight Mail |
| Lenders | HPS Investment Partners, LLC | fbo GIM, LP | Attn: Michael Fenstermacher | 40 W 57th St, 33rd Fl | New York, NY 10019 | Overnight Mail |
| Taxing Authorities | Illinois Dept of Employment Security | Benefit Payment Control Div | P.O. Box 4385 | Chicago, IL 60680 | | Overnight Mail |
| Taxing Authorities | Illinois Dept of Revenue | Attn: Bankruptcy Unit | P.O. Box 19035 | Springfield, IL 62794-9035 | | Overnight Mail |
| Taxing Authorities | Illinois Dept of Revenue | James A Thompson Center | 100 W Randolph St, 7th Fl | Chicago, IL 60601-3274 | | Overnight Mail |
| Taxing Authorities | Illinois Student Assistance Commission | Attn: Bankruptcy Dept | 1755 Lake Cook Rd | Deerfield, IL 60015 | | Overnight Mail |
| Insurance Carrier | Illinois Union Insurance Company | 525 W Monroe St | 4400 | Chicago, IL 60661 | | Overnight Mail |
| Lenders | John Machusick | Address Redacted | | | | Overnight Mail |
| Lenders | KCAP F3C Senior Funding, LLC | Attn: Daniel P Gilligan | c/o KCAP Financial, Inc | 295 Madison Ave, 6th Fl | New York, NY 10017 | Overnight Mail |
| Lenders | KCAP Senior Funding I, LLC | Attn: Daniel P Gilligan | c/o KCAP Financial, Inc | 295 Madison Ave, 6th Fl | New York, NY 10017 | Overnight Mail |
| Taxing Authorities | Kenosha County Treasurer | 1010 56th St | Kenosha, WI 53140 | | | Overnight Mail |
| Lenders | Latham & Watkins LLP | Attn: James Ktsanes, Jeramy Webb | 330 N Wabash Ave, Ste 2800 | Chicago, IL 60611 | | Overnight Mail |
| Lenders | Maranon Capital Ultimate General Partner, LLC | fbo Maranon Loan Fundings 2015-1, Ltd | 303 W Madison St | Chicago, IL 60606-3395 | | Overnight Mail |
| Lenders | National Electrical Benefit Fund Investments | 2400 Research Blvd, Ste 500 | Rockville, MD 20850-3266 | | | Overnight Mail |
| Lenders | NewStar Financial, Inc | fbo Newstar Commercial Loan Funding 2015-2, LLC | 500 Boylston St, Ste 1200 | Boston, MA 02116 | | Overnight Mail |
| Insurance Carrier | North American Capacity Insurance | 650 Elm St | #600 | Manchester, NH 03101 | | Overnight Mail |
| Banks | Northbrook Bank & Trust Co | 1100 Waukegan Rd | Northbrook, IL 60062 | | | Overnight Mail |
| Banks | Northbrook Bank & Trust, N.A. | 1100 Waukegan Rd | Northbrook, IL 60062 | | | Overnight Mail |
| Lenders | Northwestern Mutual Investment Management Co, LLC | fbo The Northwestern Mutual Life Insurance Co | 720 E Wisconsin Ave | Milwaukee, WI 53202 | | Overnight Mail |
| Lenders | Oaktree Capital Management, LP | fbo South Grand MM CLO I, LLC | 333 S Grand Ave, 28th Fl | Los Angeles, CA 90071 | | Overnight Mail |
| Lenders | Oaktree Investment Holdings, Inc | 333 S Grand Ave, 28th Fl | Los Angeles, CA 90071 | | | Overnight Mail |
| Intercreditor Agreement | Parallel49 Equity (Fund V), LP | c/o Kirkland & Ellis LLP | Attn: Samantha Good | 555 California St | San Francisco, CA 94104 | Overnight Mail |
| Intercreditor Agreement | Parallel49 Equity (Fund V), LP | c/o Parallel 49 Equity | Attn: Gold Standard Account Manager | 225 E Deerpath Rd, Ste 200 | Lake Forest, IL 60045 | Overnight Mail |
| Utility Provider | Peoples Gas | PO Box 6050 | Carol Stream, IL 60197-6050 | | | Overnight Mail |
| Lienholders | Pratt Recycling, Inc | 1599 Hwy 138 NE | Conyers, GA 30013 | | | Overnight Mail |
| Lienholders | Sigma Equipment Inc | 3001 Maxx Rd | Evansville, IN 47711 | | | Overnight Mail |
| Lienholders | Sigma Equipment, Inc | 424 E Inglefield Rd | Evansville, IN 47725 | | | Overnight Mail |
| Lenders | THL Credit JV SPV I, LLC | c/o First Eagle Alternative Capital BDC, Inc | 500 Boylston St, Ste 1200 | Boston, MA 02116 | | Overnight Mail |
| Lenders | THL Credit Logan IV LLC | c/o First Eagle Alternative Capital BDC, Inc | 500 Boylston St, Ste 1200 | Boston, MA 02116 | | Overnight Mail |
| Lenders | THL Credit Logan JV SPV, LLC | c/o First Eagle Alternative Capital BDC, Inc | 500 Boylston St, Ste 1200 | Boston, MA 02116 | | Overnight Mail |
| Lienholders | Toyota Industries Commercial Finance, Inc | P.O. Box 9050 | Coppell, TX 75019 | | | Overnight Mail |
| Taxing Authorities | United States Environmental Protection Agency, Region 5 | Attn: Richard L Nagle, Bankruptcy Contact | 77 W Jackson Blvd | Chicago, IL 60604-3507 | | Overnight Mail |
| Taxing Authorities | Village of Pleasant Prairie Treasurer | 9915 39th Ave | Pleasant Prairie, WI 53158 | | | Overnight Mail |
| Insurance Carrier | Wesco Insurance Company | 800 Superior Ave E | 21st Fl | Cleveland, OH 44114 | | Overnight Mail |
| Insurance Carrier | Westchester Surplus Lines Ins. | 500 Colonial Center Pkwy | Ste 200 | Roswell, GA 30076-8852 | | Overnight Mail |
| Taxing Authorities | Wisconsin Dept of Revenue | P.O. Box 8949 | Madison, WI 53708-8949 | | | Overnight Mail |