# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GOLD STANDARD BAKING, LLC, *et al.*,[1] | ) Case No. 22-10559 |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF REVISED PROPOSED DIP AND CASH COLLATERAL ORDER

**PLEASE TAKE NOTICE** that on June 22, 2022, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to §364 of the Bankruptcy Code; (II) Authorizing Use of Cash Collateral Pursuant to §363 of the Bankruptcy Code; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection to the Prepetition Secured Party and DIP Facility Lender; and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c)* [Docket No. 15] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the DIP Motion is currently scheduled to commence on June 23, 2022 at 3:00 (ET) Prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** the Debtors have received informal comments to the DIP Motion from the Office of the United States Trustee (the "UST") and BNP Paribas. The

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gold Standard Baking, LLC (8756); Gold Standard Holdings, Inc. (0787); and Gold Standard Real Estate, LLC (6528). The location of the Debtors' service address is 3700 S. Kedzie Avenue, Chicago, Illinois 60632.

10051870.v1

Debtors have revised the proposed order filed with the DIP Motion to incorporate changes agreed to with the UST and counsel to BNP Paribas.  A copy of the order with these revised changes (the "Revised Proposed Order") is attached hereto as **Exhibit A**.  The Debtors have circulated the Revised Proposed Order to the UST, counsel to BNP Paribas, and counsel to the proposed DIP Lender, each of which has confirmed that they have no objection to the entry of the Revised Order.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Revised Proposed Order marked to show changes from the version filed with the DIP Motion is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated:  June 23, 2022<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email: dpacitti@klehr.com<br>           myurkewicz@klehr.com<br>           sveghte@klehr.com |
| | -and- |
| | Morton R. Branzburg (*pro hac vice* admission pending)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-3007<br>Facsimile:  (215) 568-6603<br>Email: mbranzburg@klehr.com |
| | *Proposed Counsel for the Debtors and Debtors in Possession* |