**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GOLD STANDARD BAKING, LLC, *et al.*,[1] | ) | Case No. 22-10559 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Related to Docket Nos. 5, 6, 7, 8, 10, 11, 12, 14, 15, 44, 45, 46, 49, 50, 51, 52, 53, 54** |

**OMNIBUS NOTICE OF SECOND DAY HEARING TO BE HELD ON
JULY 19, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that on June 22, 2022 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the following motions (collectively, the "Interim/Final Relief Motions") were approved on an interim basis and will be heard on a final basis at a hearing scheduled for **July 19, 2022 at 10:00 a.m. (Prevailing Eastern Time)** (the "Second Day Hearing") before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (this hearing will be held via zoom videoconference unless the Court directs otherwise):

1. **Cash Management Motion.** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 5] (Filed 6/22/2022)

2. **Wages Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, Reimbursable Employee Expenses, and Non-Insider Severance Obligations and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 6] (Filed 6/22/2022)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gold Standard Baking, LLC (8756); Gold Standard Holdings, Inc. (0787); and Gold Standard Real Estate, LLC (6528). The location of the Debtors' service address is 3700 S. Kedzie Avenue, Chicago, Illinois 60632.

3. **Lien Claimants Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Lien Claimants and (II) Granting Related Relief [Docket No. 7] (Filed 6/22/2022)

4. **Utilities Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use, and (VI) Granting Related Relief [Docket No. 8] (Filed 6/22/2022)

5. **Vendors Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of 503(b)(9) Claimants and Critical Vendors and Granting Related Relief [Docket No. 10] (Filed 6/22/2022)

6. **Insurance Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, Modify, Purchase or Replace Insurance Coverage, (C) Continue to Pay Workers' Compensation Coverage Premiums, and (D) Honor the Terms of the Financing Agreement and Pay Premiums Thereunder and (II) Granting Related Relief [Docket No. 11] (Filed 6/22/2022)

7. **Taxes Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 12] (Filed 6/22/2022)

8. **Customer Programs Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 14] (Filed 6/22/2022)

9. **DIP/Cash Collateral Motion.** Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to §364 of the Bankruptcy Code; (II) Authorizing Use of Cash Collateral Pursuant to §363 of the Bankruptcy Code; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection to the Prepetition Secured Party and DIP Facility Lender; and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) [Docket No. 15] (Filed 6/22/2022)

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Interim/Final Relief Motions must comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware. Objections, if any, to the Interim/Final Relief Motions must be served upon each of the parties set forth below **on or before July 12, 2022 by 4:00 p.m. (Prevailing Eastern Time)**: (a) proposed counsel to the Debtors, Klehr Harrison Harvey

Branzburg LLP, 919 N. Market Street, Wilmington, DE 19801, Attn: Domenic E. Pacitti (dpacitti@klehr.com) and Michael W. Yurkewicz (myurkewicz@klehr.com); (b) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph F. Cudia (joseph.cudia@usdoj.gov); (c) counsel to any statutory committee appointed in these chapter 11 cases; (iv) counsel 37 Baking Holdings, LLC ("37BH"), in its capacity as the prepetition senior secured lender and proposed postpetition lender, Bernstein Shur, 100 Middle Street, P.O. Box 9729, Portland, Maine 04104, Attn: Robert Keach, Lindsay Zahradka Milne, and Adam Prescott (rkeach@bernsteinshur.com; lmilne@bernsteinshur.com; aprescott@bernsteinshur.com) and Cozen O'Connor, Attn: Thomas Horan, 1201 North Market Street, Suite 1001, Wilmington, DE 19801 (thoran@cozen.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim/Final Relief Motions can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' claims agent, Omni Agent Solutions ("Omni"), at https://omniagentsolutions.com/GoldStandard. Further information may be obtained by calling Omni at: (866) 989-6144 (toll-free; US & Canada) or (818) 574-6886 (International) or emailing at GoldStandardinquiries@omniagnt.com.

**PLEASE TAKE FURTHER NOTICE** that the Second Day Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Second Day Hearing or at a later hearing. The Debtors will file an agenda before the Second Day Hearing, which may modify or supplement the motions and applications to be heard at the Second Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the hearing if you do not object to the relief requested in any of the Interim/Final Relief Motions.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE INTERIM/FINAL RELIEF MOTIONS, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEW ON THE INTERIM/FINAL RELIEF MOTIONS, THEN YOU OR YOUR ATTORNEY MUST ATTEND THE SECOND DAY HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE INTERIM/FINAL RELIEF MOTIONS AND MAY ENTER ORDERS GRANTING THE RELIEF REQUESTED IN THE INTERIM/FINAL RELIEF MOTIONS.**

| | |
|---|---|
| Dated:  June 24, 2022<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email: dpacitti@klehr.com<br>         myurkewicz@klehr.com<br>         sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-3007<br>Facsimile:  (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |