**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOLD STANDARD BAKING, LLC | ) | Case No. 22-10559 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC**
**HEARING ON JULY 5, 2022 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

PLEASE NOTE:  ALL REMOTE HEARINGS WILL BE CONDUCTED ENTIRELY
OVER ZOOM AND WILL REQUIRE ALL PARTICIPANTS TO REGISTER IN ADVANCE,
NO LATER THAN 4:00 P.M. ON FRIDAY, JULY 1, 2022 TO APPEAR VIA VIDEO
CONFERENCE VIA ZOOM.  COURTCALL WILL NOT BE USED TO DIAL IN.

PARTIES SHOULD USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:
https://debuscourts.zoomgov.com/meeting/register/vJIsceyspzguGuaxv-RJm47TNbJ8iVr0ym8

REGISTERED PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING
PERSONAL LOG-IN INFORMATION FOR THE HEARING.

UNCONTESTED MATTERS:

1. Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17; Filed 6/22/2022]

    Related Documents:

    A. Order Shortening the Notice Period and Scheduling Hearing with Respect to the Bid Procedures Relief Sought in the Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing

the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 47; Filed 6/23/2022]

B.    Notice of Hearing on the Bid Procedures and Bid Protections Relief Sought in the Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 55; Filed 6/24/2022]

Response Deadline:    July 5, 2022 at 10:00 a.m.

Responses Received:  None to date.

Status:    This matter is going forward.

Dated:  June 29, 2022                              */s/ Domenic E. Paciti*
Wilmington, Delaware                          Domenic E. Pacitti (DE Bar No. 3989)
                                                              Michael W. Yurkewicz (DE Bar No. 4165)
                                                              Sally E. Veghte (DE Bar No. 4762)
                                                              **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                                              919 N. Market Street, Suite 1000
                                                              Wilmington, Delaware 19801
                                                              Telephone:  (302) 426-1189
                                                              Facsimile:  (302) 426-9193
                                                              Email: dpacitti@klehr.com
                                                                        myurkewicz@klehr.com
                                                                        sveghte@klehr.com
                                                              -and-
                                                              Morton R. Branzburg (admitted *pro hac vice*)
                                                              **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                                              1835 Market Street, Suite 1400
                                                              Philadelphia, Pennsylvania 19103
                                                              Telephone:  (215) 569-3007
                                                              Facsimile:  (215) 568-6603
                                                              Email: mbranzburg@klehr.com
                                                              *Proposed Counsel for the Debtors and Debtors in Possession*