**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GOLD STANDARD BAKING, LLC | ) ) ) | Case No. 22-10559 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

NOTICE OF **AMENDED** AGENDA OF MATTERS **ORIGINALLY** SCHEDULED FOR TELEPHONIC HEARING ON JULY 5, 2022 AT 2:00 P.M. (PREVAILING EASTERN TIME) **RESCHEDULED TO JULY 7, 2022 AT 3:30 P.M. (PREVAILING EASTERN TIME)**

---

**WITH THE PERMISSION OF THE COURT, ALL MATTERS ORIGINALLY SCHEDULED FOR HEARING ON JULY 5, 2022 AT 2:00 P.M. HAVE BEEN RESCHEDULED TO JULY 7, 2022 AT 3:30 P.M. (PREVAILING EASTERN TIME)**

---

PLEASE NOTE:  ALL REMOTE HEARINGS WILL BE CONDUCTED ENTIRELY OVER ZOOM AND WILL REQUIRE ALL PARTICIPANTS TO REGISTER IN ADVANCE, NO LATER THAN 4:00 P.M. ON **WEDNESDAY, JULY 6, 2022** TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM.  COURTCALL WILL NOT BE USED TO DIAL IN.

PARTIES SHOULD USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:
https://debuscourts.zoomgov.com/meeting/register/vJIsceyspzguGuaxv-RJm47TNbJ8iVr0ym8

REGISTERED PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.

---

UNCONTESTED MATTERS:

1. Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17; Filed 6/22/2022]

    Related Documents:

    A. Order Shortening the Notice Period and Scheduling Hearing with Respect to the Bid Procedures Relief Sought in the Motion of Debtors for Entry of:

10065666.v1

        (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 47; Filed 6/23/2022]

B.    Notice of Hearing on the Bid Procedures and Bid Protections Relief Sought in the Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 55; Filed 6/24/2022]

Response Deadline:    July 5, 2022 at 10:00 a.m.

Responses Received:  None to date.

Status:    This matter is going forward.

| | |
|---|---|
| Dated: **July 2, 2022** <br> Wilmington, Delaware | */s/ Domenic E. Paciti* <br> Domenic E. Pacitti (DE Bar No. 3989) <br> Michael W. Yurkewicz (DE Bar No. 4165) <br> Sally E. Veghte (DE Bar No. 4762) <br> **KLEHR HARRISON HARVEY BRANZBURG LLP** <br> 919 N. Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 426-1189 <br> Facsimile: (302) 426-9193 <br> Email: dpacitti@klehr.com <br>       myurkewicz@klehr.com <br>       sveghte@klehr.com <br> -and- <br> Morton R. Branzburg (admitted *pro hac vice*) <br> **KLEHR HARRISON HARVEY BRANZBURG LLP** <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 569-3007 <br> Facsimile: (215) 568-6603 <br> Email: mbranzburg@klehr.com <br> *Proposed Counsel for the Debtors and Debtors in Possession* |

10065666.v1