IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GOLD STANDARD BAKING, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10559 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on June 30, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Telephonic Hearing on July 5, 2022 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 64]

Dated: July 5, 2022

_____
Darleen Sahagun
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 5th day of July, 2022, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gold Standard Baking, LLC (8756); Gold Standard Holdings, Inc. (0787); and Gold Standard Real Estate, LLC (6528). The location of the Debtors' service address is 3700 S. Kedzie Avenue, Chicago, Illinois 60632.

# EXHIBIT A

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Counsel to 37BH | 37 Baking Holdings, LLC | c/o Bernstein Shur<br>Attn: Robert Keach, Lindsay Zahradka Milne, Adam Prescott<br>100 Middle St<br>P.O. Box 9729<br>Portland, ME 04104 | | rkeach@bernsteinshur.com<br>lmilne@bernsteinshur.com<br>aprescott@bernsteinshur.com | Email<br>First Class Mail |
| Counsel to 37BH | 37 Baking Holdings, LLC | c/o Cozen O'Connor<br>Attn: Thomas Horan<br>1201 N Market St, Ste 1001<br>Wilmington, DE 19801 | | thoran@cozen.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | AB Mauri Foods Inc | Attn: Nicole McBride<br>4776 Collections Ctr Dr<br>Chicago, IL 60693 | | Nicole.McBride@abmauri.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | ADM Milling Co | Attn: Tyler Beals<br>P.O. Box 92572<br>Chicago, IL 60675-2572 | | Tyler.Beals@adm.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Ardent Mills, LLC | Attn: Jon Welch<br>33250 Collections Ctr Dr<br>Chicago, IL 60693-0332 | | Jon.Welch@ardentmills.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Armstrong Transport Group | Attn: Justin Brown<br>P.O. Box 735227<br>Dallas, TX 75373-5227 | | jbrown@armstrongtransport.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Audax Group | Attn: Rahman Vahabzadeh<br>320 Park Ave, 19th Fl<br>New York, NY 10022 | | rvahabzadeh@audaxgroup.com | Email<br>First Class Mail |
| Senior Subordinated Notes | Audax Management Co (NY), LLC | Attn: Rahman Vahabzadeh<br>280 Park Ave, 20th Fl<br>New York, NY 10017 | | rvahabzadeh@audaxgroup.com | First Class Mail |
| Senior Subordinated Notes | Audax Management Co LLC | Attn: General Counsel<br>101 Huntington Ave<br>Boston, MA 02199 | | | First Class Mail |
| 30 Largest Unsecured Creditors | Batory Foods | Attn: Mary Giovanni<br>10255 W Higgins Rd, Ste 500<br>Des Plaines, IL 60018 | | mgiovanni@batoryfoods.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Berkshire Refrigerated Warehousing | Attn: Lisa Rodriguez<br>P.O. Box 09284<br>Chicago, IL 60609 | | lisar@brwllc.com | Email<br>First Class Mail |
| NOA - Counsel for 37 Baking Holdings, LLC | Bernstein, Shur, Sawyer, & Nelson, P.A. | Attn: Robert J. Keach<br>Attn: Lindsay Z. Milne<br>Attn: Adam R. Prescott<br>Attn: Letson D. Boots<br>100 Middle St<br>Portland, ME 04104 | 207-774-1127 | rkeach@bernsteinshur.com<br>lmilne@bernsteinshur.com<br>aprescott@bernsteinshur.com<br>lboots@bernsteinshur.com | Email |
| 30 Largest Unsecured Creditors | Bianchi Milling | Attn: Mike Bianchi<br>2820 Glavin Dr<br>Elgin, IL 60124 | | mike@bianchimilling.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Bunge North America | Attn: Astrid Cojulun<br>2612 Solution Center<br>Chicago, IL 60677 | | astrid.cojulun@bunge.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Cain Food Industries | Attn: Alexis Ramirez<br>P.O. Box 35066<br>Dallas, TX 75235 | | a.ramirez@cainfood.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | CALco Pallets | Attn: Sarah Diedrich<br>P.O. Box 1922<br>Woodstock, IL 60098 | | Sarah@usacalco.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Central National-Gottesman Inc | Attn: Mark Schley<br>Lindenmeyer Munroe<br>P.O. Box 99922<br>Chicago, IL 60696-7722 | | mschley@lindenmeyr.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Charter Next Generation, Inc | Attn: Kolleen Oswskey<br>P.O. Box 9183427<br>Chicago, IL 60691-3427 | | Kolleen.Oswskey@cnginc.com | Email<br>First Class Mail |
| NOA - Counsel for 37 Baking Holdings, LLC | Cozen O'Connor | Attn: Thomas M. Horan<br>Attn: Gregory F. Fischer<br>1201 N. Market St, Suite 1001<br>Wilmington, DE 19801 | | thoran@cozen.com<br>gfischer@cozen.com | Email |
| 30 Largest Unsecured Creditors | Darigold Inc | Attn: Dinh Ho<br>P.O. Box 95500<br>Chicago, IL 60694-5500 | | Dinh.Ho@darigold.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Elite Staffing, Inc | Attn: Carolina Heredia<br>P.O. Box 5450<br>Carol Stream, IL 60197-5450 | | cheredia@elitestaffinginc.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Handi-foil of America | Attn: Geni Guo<br>24628 Network Pl<br>Chicago, IL 60673 | | gguo@handi-foil.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Indiana Sugars, Inc | Attn: Lisa Macaluso<br>5918 Collections Ctr Dr<br>Chicago, IL 60693 | | lisam@buysugars.com | Email<br>First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First-Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | | First Class Mail |
| Noteholder | John Hancock Financial Services | Attn: Investment Law, C-3<br>Attn: Bond & Corporate Finance, C-2<br>197 Clarendon St<br>Boston, MA 02116 | | | First Class Mail |
| 30 Largest Unsecured Creditors | Metraco Transportation | Attn: Courtney Hipp<br>211 Woodlawn Ave<br>Norwalk, OH 44857 | | Courtney.hipp@nhbco.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Midland Packaging & Display | Attn: Cindy Borland<br>P.O. Box 266<br>Franksville, WI 53126 | | cborland@gbp.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | More Pallets LLC | 7724 S Claremont Ave<br>Chicago, IL 60629 | | morepalletsllc@gmail.com | Email<br>First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Core Parties | Office Of The Attorney General | 100 W Randolph St<br>Chicago, IL 60601 | | | First Class Mail |
| Core Parties | Office Of The Attorney General | Delaware Dept of Justice<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | | First Class Mail |
| Core Parties | Office Of The Attorney General | Wisconsin Dept of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | | First Class Mail |
| 30 Largest Unsecured Creditors | Pamco Label Co, Inc | Attn: Rob Campagnolo<br>P.O. Box 1000<br>Dept 5<br>Memphis, TN 38148 | | Rob.Campagnolo@resourcelabel.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Panoramic, Inc | Attn: Mary Webster<br>1500 N Parker Dr<br>Janesville, WI 53545 | | Mary.Webster@panoramicinc.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Parallel49 Equity (Fund V), LP | Attn: Gold Standard Account Manager<br>225 E Deerpath Rd, Ste 200<br>Lake Forest, IL 60045 | | jdries@p49equity.com | Email<br>First Class Mail |
| Parallel49 Equity (Fund V), Limited Partnership, in their capacity as indirect majority equity holders of Debtor Gold Standard Holdings, Inc.; | Parallel49 Equity (Fund V), LP | c/o Parallel49 Equity<br>Attn: Gold Standard Account Manager<br>225 E Deerpath Rd, Ste 200<br>Lake Forest, IL 60045 | | jdries@p49equity.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Pratt Industries Inc | Attn: Teenia Gast<br>P.O. Box 933949<br>Atlanta, GA 31193-3949 | | tgast@prattindustries.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Puratos Corp | Attn: Doug Hooks<br>Lockbox 9572<br>P.O. Box 8500<br>Philadelphia, PA 19178-9572 | | dhooks@puratos.com | Email<br>First Class Mail |
| NOA - counsel for AGNL Croissant, LLC | Sheppard Mullin Richter & Hampton, LLP | Attn: Edward H Tillinghast, III<br>30 Rockefeller Plz<br>New York, NY 10112 | 212-653-8701 | etillinghast@sheppardmullin.com | Email |
| 30 Largest Unsecured Creditors | Specialty Nut & Bakery Supply Inc | Attn: Pasquale Schittino<br>1417 Jeffrey Dr<br>Addison, IL 60101 | | orders@pspecialty.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Stephan Zouras | Attn: Ryan Stephan, Haley Jenkins<br>100 N Riverside Plz, Ste 2150<br>Chicago, IL 60606 | | rstephan@stephanzouras.com<br>hjenkins@stephanzouras.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Stratas Foods LLC | Attn: Mike Hughes<br>P.O. Box 11407<br>Birmingham, AL 35246-2477 | | mike.hughes@stratasfoods.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | Sweet Ovations, LLC | Attn: Holly Riddick<br>75 Remittance Dr, Ste 6026<br>Chicago, IL 60675-6026 | | Holly.Riddick@Zentis.com | Email<br>First Class Mail |
| 30 Largest Unsecured Creditors | The Civil Rights Group, LLC | Attn: Thomas R Kayes<br>2045 W Grand Ave, Ste B<br>PMB 62448<br>Chicago, IL 60612 | | tom@civilrightsgroup.com | Email<br>First Class Mail |
| Mezzanine noteholder | Tricor Pacific Capital, Inc | Attn: GSB Account Manager<br>1 Westminster Pl, Ste 100<br>Lake Forest, IL 60045 | | | First Class Mail |
| US Trustee | United States Trustee | 844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | | | First Class Mail |
| US Attorney | US Attorney's Office | District of Delaware<br>Hercules Bldg<br>1313 N Market St<br>Wilmington, DE 19801 | | | First Class Mail |
| US Attorney | US Attorney's Office | Northern District of IL, Eastern Div<br>219 S Dearborn St, 5th Fl<br>Chicago, IL 60604 | | | First Class Mail |
| Mezzanine Noteholder | Winston & Strawn LLP | Atttn: James A Snyder<br>35 W Wacker Dr<br>Chicago, IL 60601 | | | First Class Mail |

Gold Standard Baking, LLC (Case No. 22-10559)