# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GOLD STANDARD BAKING, LLC, *et al.*,[1] | Case No. 22-10559 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") hereby appears by and through its undersigned proposed counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Committee, by and through its proposed counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **MORRIS JAMES LLP** |
| Jeffrey D. Prol, Esq. | Eric J. Monzo (DE Bar No. 5214) |
| Scott Cargill, Esq. | Brya M. Keilson (DE Bar No. 4643) |
| Arielle B. Adler, Esq. | Jason S. Levin (DE Bar No. 6434) |
| One Lowenstein Drive | 500 Delaware Avenue, Suite 1500 |
| Roseland, NJ 07068 | Wilmington, DE 19801 |
| Telephone: (973) 597-2500 | Telephone: (302) 888-6800 |
| E-mail: jprol@lowenstein.com | Facsimile: (302) 571-1750 |
| E-mail: scargill@lowenstein.com | E-mail: emonzo@morrisjames.com |
| E-mail: aadler@lowenstein.com | E-mail: bkeilson@morrisjames.com |
| | E-Mail: jlevin@morrisjames.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gold Standard Baking, LLC (8756); Gold Standard Holdings, Inc. (0787); and Gold Standard Real Estate, LLC (6528). The location of the Debtors' service address is 3700 S. Kedzie Avenue, Chicago, Illinois 60632.

-2-

-and-

Bruce S. Nathan, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 262-6700
E-mail: bnathan@lowenstein.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Committee, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[*Signature Page to Follow*]

-3-

| | |
|---|---|
| Dated: July 6, 2022 | **MORRIS JAMES LLP** |
| | |
| | */s/ Eric J. Monzo* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Jason S. Levin (DE Bar No. 6434) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | E-Mail: jlevin@morrisjames.com |

-and-

**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq. (*pro hac vice* to be filed)
Scott Cargill, Esq. (*pro hac vice* to be filed)
Arielle B. Adler, Esq. (*pro hac vice* to be filed)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: jprol@lowenstein.com
E-mail: scargill@lowenstein.com
E-mail: aadler@lowenstein.com

Bruce S. Nathan, Esq. (*pro hac vice* to be filed)
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 262-6700
E-mail: bnathan@lowenstein.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*