# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GOLD STANDARD BAKING, LLC, *et al.*,[1] | Case No. 22-10559 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF JEFFREY D. PROL

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Jeffrey D. Prol, Esq. of the law firm Lowenstein Sandler LLP, One Lowenstein Drive Roseland, NJ 07068, to represent the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

Dated: July 6, 2022

/s/ *Jason S. Levin*
Jason S. Levin (DE Bar No. 6434)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jlevin@morrisjames.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gold Standard Baking, LLC (8756); Gold Standard Holdings, Inc. (0787); and Gold Standard Real Estate, LLC (6528). The location of the Debtors' service address is 3700 S. Kedzie Avenue, Chicago, Illinois 60632.

13690780/2

-2-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and and New Jersey, and the United States Distict Court for the District of New Jersey and the Southern and Eastern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 6, 2022

                                           */s/ Jeffrey D. Prol*
                                           Jeffrey D. Prol, Esq.
                                           Lowenstein Sandler LLP
                                           One Lowenstein Drive
                                           Roseland, NJ 07068
                                           Telephone: (973) 597-2500
                                           E-mail: jprol@lowenstein.com

13690780/2