# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GOLD STANDARD BAKING, LLC, *et al.*, | Case No. 22-10559 (JKS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF ARIELLE B. ADLER

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Arielle B. Adler, Esq. of the law firm Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068, to represent the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

Dated: July 7, 2022

/s/ *Jason S. Levin*
Jason S. Levin (DE Bar No. 6434)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jlevin@morrisjames.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: July 7th, 2022
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE