# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| GOLD STANDARD BAKING, LLC | ) Case No. 22-10559 (JKS) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF **FOURTH AMENDED** AGENDA OF MATTERS ORIGINALLY SCHEDULED FOR TELEPHONIC HEARING ON JULY 5, 2022 AT 2:00 P.M. (PREVAILING EASTERN TIME) RESCHEDULED TO JULY 7, 2022 AT 3:30 P.M. (PREVAILING EASTERN TIME)

THE ZOOM REGISTRATION LINK FOR THIS HEARING HAS CHANGED.
THE NEW ZOOM REGISTRATION LINK IS:[1]

https://debuscourts.zoomgov.com/meeting/register/vJItceiqrjkuHV_kZUnhOxUx-T4J65e5IM4

> PLEASE NOTE:  ALL REMOTE HEARINGS WILL BE CONDUCTED ENTIRELY OVER ZOOM AND WILL REQUIRE ALL PARTICIPANTS TO REGISTER IN ADVANCE, NO LATER THAN 4:00 P.M. ON WEDNESDAY, JULY 6, 2022 TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM.  COURTCALL WILL NOT BE USED TO DIAL IN.
>
> PARTIES SHOULD USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:
> https://debuscourts.zoomgov.com/meeting/register/vJItceiqrjkuHV_kZUnhOxUx-T4J65e5IM4
>
> REGISTERED PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.

UNCONTESTED MATTERS:

1. Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 17; Filed 6/22/2022]

---

[1] This link is the same as the link filed with the Second Amended Agenda filed on July 6, 2022 [Docket No. 75] but differs from the link filed with the original Agenda and First Amended Agenda filed on June 23, 2022 [Docket No. 64] and July 2, 2022 [Docket No. 73] respectively.

10069076.v1

Related Documents:

    A.    Order Shortening the Notice Period and Scheduling Hearing with Respect to the Bid Procedures Relief Sought in the Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 47; Filed 6/23/2022]

    B.    Notice of Hearing on the Bid Procedures and Bid Protections Relief Sought in the Motion of Debtors for Entry of: (I) an Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling and Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 55; Filed 6/24/2022]

    **C.**    **Notice of Revised Proposed Bid Procedures Order [Docket No. 90; Filed 7/7/2022]**

Response Deadline: July 5, 2022 at 10:00 a.m., extended for the Office of the United States Trustee and the Committee

Responses Received:

    A.    Limited Objection of the United States Trustee to Debtors' Motion to Establish Bid Procedures [Docket No. 85; Filed 7/7/2022]

    B.    Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of: (I) and Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the

| | |
|---|---|
| | Form and Manner of Notice Thereof, (D) Authorizing Entry into the Stalking Horse Agreement (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting; and (II) an Order (A) Approving the Sale of Substantially all Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 86; Filed 7/7/2022] |
| Status: | This matter is going forward. The Debtors, the Committee, and the UST are in continuing discussions regarding resolution of the outstanding issues. |

| | |
|---|---|
| Dated: **July 7, 2022**<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: dpacitti@klehr.com<br>     myurkewicz@klehr.com<br>     sveghte@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-3007<br>Facsimile: (215) 568-6603<br>Email: mbranzburg@klehr.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |